**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| MICHAEL O'DONNELL, **)** | |
| **)** | |
| Plaintiff, **)** | CIVIL ACTION FILE |
| **)** | |
| v. **)** | NO. _____ |
| **)** | |
| AKAL SECURITY, INC., and THE **)** | |
| UNITED STATES MARSHALS **)** | |
| SERVICE, by and through JEFF **)** | |
| SESSIONS, U.S. ATTORNEY **)** | |
| GENERAL, **)** | |
| **)** | |
| Defendant. **)** | |
| **)** | |
| **)** | |
| _____ **)** | |

## NOTICE OF REMOVAL

Defendant Akal Security, by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby removes this action from the Superior Court of Fulton County, where the action is now pending, to the United States District Court for the Northern District of Georgia, Atlanta Division. As of the filing date of this Notice of Removal, Defendant the United States Marshals Service ("USMS") has not been served; thus, the USMS's consent to this

removal is not required pursuant to 28 U.S.C. § 1446(b)(2)(A).  The removal of this action is based upon the following:

### INTRODUCTION

1.      On August 17, 2017, Plaintiff Michael O'Donnell ("Plaintiff") filed a civil action in the Superior Court of Fulton County, Georgia, entitled *Michael O'Donnell v. Akal Security, Inc. and The United States Marshals Service, by and through Jeff Sessions, U.S. Attorney General,* Case No. 2017CV294254 (hereinafter referred to as the "State Court Action"). True and correct copies of all process, pleadings, orders, and other papers or exhibits of every kind currently on file in the State Court Action are attached hereto as Composite **Exhibit A**.

### GROUNDS FOR REMOVAL – FEDERAL QUESTION

2.      Plaintiff's complaint in the State Court Action (the "Complaint") asserts causes of action for alleged violations of (a) Title VII of the Civil Rights Act of 1964 ("Title VII," 42 U.S.C. § 2000e *et seq.*) premised on retaliation; (b) Title VII premised on sex discrimination; (c) Georgia Code § 51-5-4 premised on defamation; (d) intentional infliction of emotional distress; and (e) false light invasion of privacy.  (*See* Exhibit A, ¶¶ 39 – 68.)

3.     This action presents questions of federal law for adjudication; thus, this Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, and removal is proper.

4.     The causes of action asserted in the Complaint that are grounded on state law are all based upon the same factual allegations as Plaintiff's federal claims.

5.     Pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over Plaintiff's state law claims as these claims are so related to the federal claims that they form part of the same case or controversy.

6.     On August 22, 2017, Plaintiff personally served a copy of the Summons and Complaint to Corporate Service Company ("CSC"), at address 40 Technology Parkway South, #300, Norcross, Georgia 30092, in an effort to serve Akal Security with process in the State Court Action.

7.     On or about August 24, 2017, CSC, as registered agent for Akal Security, subsequently transmitted copies of the Summons and Complaints to Akal Security.

8.     Thus, this Notice of Removal is timely filed, pursuant to 28 U.S.C. § 1446(b), within thirty (30) days from the date on which Akal Security received a copy of the Complaint in the State Court Action.

9.      The other defendant in this case, the USMS, as of the date of filing this Notice of Removal, has not been properly joined or served. Therefore, the USMS's consent to removal of the State Court Action is not required pursuant to 28 U.S.C. § 1446(b)(2)(A).

10.      The district and division embracing the place where this action is presently pending is the United States District for the Northern District of Georgia, Atlanta Division. For the reasons stated above, this action is removable to – and venue is proper in – this Court, pursuant to the provisions of 28 U.S.C. § 1441.

11.      Akal Security files this Notice without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has stated claims upon which relief can be granted.

## NOTICE TO ADVERSE PARTY AND STATE COURT

12.      Pursuant to 28 U.S.C. § 1446(d), contemporaneously with or shortly after filing this Notice of Removal, Akal Security will give written notice of the Notice of Removal to Plaintiff and will file a copy of this Notice of Removal in the Superior Court of Fulton County, Georgia. A copy of said Notice of Filing of Notice of Removal is attached as **Exhibit B**.

WHEREFORE, Defendant Akal Security respectfully requests that this Court take jurisdiction of this action to its conclusion and to final judgment and to

- 4 -

the exclusion of any further proceedings in the State Court in accordance with law. Defendant Akal Security further prays for such other and further relief to which it may be justly entitled.

Respectfully submitted this 20th day of September, 2017.

Respectfully submitted,

/s/ Kurt Peterson
Kurt Peterson
Georgia Bar No. 574408
kpeterson@littler.com
LITTLER MENDELSON, P.C.
3344 Peachtree Road, N.E.
Suite 1500
Atlanta, GA 30326-4803
Telephone: 404.760.3910
Facsimile: 404.759.2074

Counsel for Defendant Akal Security, Inc.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

MICHAEL O'DONNELL,

    Plaintiff,

    v.

AKAL SECURITY, INC., and THE
UNITED STATES MARSHALS
SERVICE, by and through JEFF
SESSIONS, U.S. ATTORNEY
GENERAL,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION FILE

NO. _____

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on September 20, 2017, a true and correct copy

of the foregoing NOTICE OF REMOVAL was electronically filed with the Clerk

of the Court using the CM/ECF system and served via U.S. Mail to the following

counsel:

Louis R. Cohan
Cohan Law Group, LLC
3340 Peachtree Road, Suite 2570
Atlanta, Georgia 30326
lcohan@cohanlawgroup.com

- 6 -

- 7 -

Erin J. Krinsky
Cohan Law Group, LLC
3340 Peachtree Road, Suite 2570
Atlanta, Georgia 30326
ekrinsky@cohanlawgroup.com

*/s/ Kurt Peterson*
Kurt Peterson

Counsel for Defendant Akal Security,
Inc.