IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL O'DONNELL, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION FILE |
| v. | ) |
| | ) NO. 1:17-cv-03656-SCJ-JCF |
| AKAL SECURITY, INC., and THE | ) |
| UNITED STATES MARSHALS | ) |
| SERVICE, by and through JEFF | ) |
| SESSIONS, U.S. ATTORNEY | ) |
| GENERAL, | ) |
| | ) |
| Defendants. | ) |

## AKAL SECURITY, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1) The undersigned counsel of record for Defendant Akal Security, Inc. ("Akal") certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Plaintiff Michael O'Donnell

- Defendant The United States Marshals Service

- Defendant U.S. Attorney General Jeff Sessions

- Defendant Akal Security, Inc.

- Defendant Akal Security, Inc.'s parent corporation is KIIT Company,

a Nevada Corporation, which owns one-hundred (100%) of Akal Security, Inc., a New Mexico corporation.

- Defendant Akal Security, Inc. owns one-hundred (100%) of Coastal International Security, Inc., a South Carolina corporation, which is an affiliated company of KIIT Company.

- Defendant Akal Security, Inc. states that no publicly held corporations owns 10% or more of its stock.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- None.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

- Plaintiff's counsel: Louis Cohan and Ellis Lui of Cohan Law Group, LLC.

- Defendant The United States Marshals Service and U.S. Attorney General counsel Tiffany Johnson of the United States Department of Justice.

- Defendant Akal Security, Inc.'s counsel Kurt Peterson of Littler Mendelson, P.C.

Respectfully submitted this 21st day of August, 2018.

                          */s/ Kurt Peterson*
                          Kurt Peterson
                          Georgia Bar No. 574408
                          **LITTLER MENDELSON, P.C.**
                          3344 Peachtree Rd., NE, Suite 1500
                          Atlanta, GA  30326
                          kpeterson@littler.com
                          Telephone:  404.233.0330
                          Facsimile:  404.233.2361

                          *Attorney for Defendant*
                          *Akal Security, Inc.*

# CERTIFICATE OF COMPLIANCE

The undersigned counsel for Defendant Akal Security, Inc. certifies that this pleading complies with the font requirements of Local Rule 5.1(B) because it has been prepared in Times New Roman, 14-point type.

> */s/ Kurt Peterson*_____
> Kurt Peterson
> Georgia Bar No. 574408

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAEL O'DONNELL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| v. | ) | |
| | ) | NO. 1:17-cv-03656-SCJ-JCF |
| AKAL SECURITY, INC., and THE UNITED STATES MARSHALS SERVICE, by and through JEFF SESSIONS, U.S. ATTORNEY GENERAL, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 21st day of August 2018, a true and accurate copy of the foregoing **AKAL SECURITY, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** was electronically filed with the Clerk of the Court using the CM/ECF system and served via electronic mail to the following counsel:

Louis R. Cohan
lcohan@cohanlawgroup.com

Ellis C. Lui
elui@cohanlawgroup.com

Tiffany R. Johnson
Tiffany.johnson2@usdoj.gov

*/s/ Kurt Peterson*  
Kurt Peterson  
Georgia Bar No. 574408