

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 28 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL O'DONNELL,<br><br>    Plaintiff,<br><br>v.<br><br>AKAL SECURITY, INC.,<br>THE UNITED STATES MARSHALS SERVICE, by and through William P. Barr,[1] U.S. Attorney General,<br>    Defendants. | Civil Action No.<br>1:17-cv-03656-WMR-CCB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Michael O'Donnell, the United States Marshals Service, and Akal Security, Inc. hereby stipulate to dismissal of all claims in the above-captioned action with prejudice. Each party will bear his or its own costs and expenses. All parties who have appeared agree to this stipulation.

---

[1] William P. Barr was appointed U.S. Attorney General on February 14, 2019.

Respectfully submitted,

_/S/   Michael O'Donnell_
Michael O'Donnell
Plaintiff *pro se*


BYUNG J. PAK
UNITED STATES ATTORNEY
600 Richard B. Russell Federal Bldg.
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
(404) 581-6000
(404) 581-6150 facsimile

_/s/ Lisa D. Cooper_
LISA D. COOPER
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 186165
lisa.cooper@usdoj.gov
*Attorneys for USMS*


_/s/ Kurt Peterson_
Kurt Peterson
Georgia Bar No. 574408
**LITTLER MENDELSON, P.C.**
3344 Peachtree Rd., N.E., Suite 1500
Atlanta, GA 30326
kpeterson@littler.com
Telephone: 404.233.0330
Facsimile: 404.233.2361

2

## CERTIFICATE OF SERVICE

I certify that I electronically served the foregoing document all parties via email, pursuant to agreement of the parties:

    Michael O'Donnell
    devildoc10@gmail.com

    Lisa Cooper
    Lisa.cooper@usdoj.gov

This 24th day of October, 2019.

                                              */s/ Kurt Peterson*
                                              Kurt Peterson