**Settlement proposal for Akal**

Due to my family situation that I discussed with you in prior email communications, I want to resolve my case with no monetary compensation (i.e. zero dollars).

If Akal settles this matter, I will release Akal from the lawsuit with prejudice.

Respectfully submitted,

Michael O'Donnell

*RECEIVED IN CLERK'S OFFICE U.S.D.C. - Atlanta*
*OCT 28 2019*
*JAMES N. HATTEN, Clerk*
*By: [signature] Deputy Clerk*

17-3656 WMR

**Settlement proposal for USMS**

Due to my family situation that I discussed with you in prior email communications, I want to resolve my case with no monetary compensation (i.e. zero dollars).

If the USMS settles this matter, I will release the USMS from the lawsuit with prejudice.

Respectfully submitted,

Michael O'Donnell

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 28 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk